**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

BRYANT NELSON
ADC #601638                                                                    PLAINTIFF

V.                              NO: 2:08CV00180 WRW/HDY

COBB *et al.*                                                                  DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge
William R. Wilson, Jr.  Any party may serve and file written objections to this recommendation.
Objections should be specific and should include the factual or legal basis for the objection.  If the
objection is to a factual finding, specifically identify that finding and the evidence that supports your
objection.  An original and one copy of your objections must be received in the office of the United
States District Court Clerk no later than eleven (11) days from the date of the findings and
recommendations.  The copy will be furnished to the opposing party.  Failure to file timely
objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or
additional evidence, and to have a hearing for this purpose before the District Judge, you must, at
the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted) was not  offered at  the
        hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of
        proof, and a copy, or the original, of any documentary or
        other non-testimonial evidence desired to be introduced at
        the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, who was held at the Arkansas Department of Correction's East Arkansas Regional

Unit, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on October 7, 2008.  Plaintiff did not

pay the $350.00 filing fee, or file an application for leave to proceed *in forma pauperis*.

Accordingly, on November 12, 2008, Plaintiff was directed to, within 30 days, either pay the full

filing fee, or to file an application for leave to proceed *in forma pauperis* (docket entry #2).  More

than 30 days has passed, and Plaintiff has not paid the filing fee, filed an application for leave to

proceed *in forma pauperis*, or otherwise responded to the order.  In fact, the order was returned as

undeliverable, with a note indicating that Plaintiff had been paroled (docket entry #4).[1]  Under these

circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice

for failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir.

---

[1]Plaintiff's address of record is the Arkansas Department of Correction's East Arkansas
Regional Unit.

2

1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   29   day of December, 2008.


_____
UNITED STATES MAGISTRATE JUDGE