IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**BRYANT NELSON, ADC # 601638**                                                            **PLAINTIFF**

**VS.**                                    **2:08CV00180-WRW/HDY**

**COBB**                                                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.[1]  No objections have been filed and the time for doing so has passed.

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly Plaintiff's Complaint is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2).  The Court certifies that an *in forma pauperis* appeal taken from the order dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 20th day of January, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 5.