## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

BRYANT NELSON
ADC #601638                                                                                      PLAINTIFF

V.                                      NO: 2:08CV00180 WRW

COBB *et al.*                                                                                     DEFENDANT

## JUDGMENT

Pursuant to the order filed on January 20, 2009, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 6th day of February, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE